```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12581
   SONJA CRAWFORD
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-4969


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/14/2007 and was not confirmed.

     The case was dismissed without confirmation 11/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE       CURRENT MORTG         .00           .00            .00
OPTION ONE MORTGAGE       MORTGAGE ARRE         .00           .00            .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00           .00            .00
WILSHIRE CREDIT CORPORAT  UNSECURED       NOT FILED           .00            .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE    7603.70            .00            .00
AARONS SALES              UNSECURED       NOT FILED           .00            .00
AARONS SALES              UNSECURED       NOT FILED           .00            .00
AMERICAN COLLECTION       UNSECURED       NOT FILED           .00            .00
SPRINT PCS                UNSECURED       NOT FILED           .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED       NOT FILED           .00            .00
ER SOLUTIONS              UNSECURED        1979.64            .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED           .00            .00
NATIONWIDE CREDIT INC     UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1444.47            .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        3581.56            .00            .00
SUNTERRA FINANCIAL SERVI  UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         929.28            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1445.83            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        2565.00            .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I   NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       525.00                        491.40
TOM VAUGHN                TRUSTEE                                          33.60
DEBTOR REFUND             REFUND                                          175.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    700.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12581 SONJA CRAWFORD
```

```
ADMINISTRATIVE                                                491.40
TRUSTEE COMPENSATION                                           33.60
DEBTOR REFUND                                                 175.00
                                   ---------------   ---------------
TOTALS                                      700.00            700.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 02/27/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 07 B 12581 SONJA CRAWFORD